Opinion filed November 5, 1934.
Frederick W. Snider, Joseph D. Ryan and Louis G. Davidson, for appellant. Shanner & Shanner, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Antonette Kowalczyk, appellee, v. The Western and Southern Life Insurance Company, appellant. Gen. No. 37,540.

Opinion filed November 5, 1934.
Hoyne, O'Connor & Rubinkam, for appellant. Hartman Schwartz and Ethel E. Schiller, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Louis Fishman, appellee, v. William Meyering et al., appellants. Gen. No. 37,566.

Opinion filed November 5, 1934. Rehearing denied November 19, 1934.
Irving Breakstone, for appellants. McKenna, Harris & Schneider and Gallagher, Rosenberg & Richter, for appellee; James J. McKenna, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

Allan Nelson Linn, appellee, v. A Century of Progress, Inc., appellant. Gen. No. 37,363.

Opinion filed November 5, 1934. Rehearing denied November 19, 1934.
Miller, Gorham, Wales & Adams, for appellant. Royal W. Irwin, for appellee; Ewart Harris, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Violet Erby, appellee, v. Thomas M. Whitson, appellant. Gen. No. 37,473.

O'Connor, P. J., dissenting. Opinion filed November 5, 1934. Rehearing denied November 19, 1934.
Earl J. Walker, for appellant. Gurdon Williams, for appellee.
Mr. Justice Matchett delivered the opinion of the court.